## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### CLARKSBURG DIVISION

**JOSEPH DONHAM,**

               **Plaintiff,**

**v.**

**NATIONWIDE MUTUAL FIRE
INSURANCE COMPANY,**

               **Defendants.**

**Case No. 1:25-cv-104**

**Judge Thomas S. Kleeh**

### AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

This day came Plaintiff, Joseph Donham, by counsel, and Defendant Nationwide Mutual Fire Insurance Company ("Nationwide"), by counsel, pursuant to Fed. Civ. Pro. R. 41, and hereby stipulated and agreed that this action and all claims presented within should be, and the same are hereby **DISMISSED, WITH PREJUDICE,** with each party to bear its own costs and fees.

/s/
Andrew G. Meek, Esq.
HAMSTEAD, WILLIAMS & MEEK PLLC
68 Clay Street, Suite C
Morgantown, WV 26501
T: 304-296-3636
F: 304-291-5364
andrew@wvalaw.com
*Plaintiff's Counsel*


/s/ *Melanie Morgan Norris*
Denise D. Pentino (W.Va. Bar No. 6620)
Melanie M. Norris (W. Va. Bar No. 8581)
Jacob N. Holden (W. Va. Bar No. 13552)
**DINSMORE & SHOHL LLP**
2100 Market Street
Wheeling, WV 26003
304-230-1700
304-230-1610 (facsimile)
Denise.pentino@dinsmore.com

Melanie.norris@dinsmore.com
Jacob.holden@dinsmore.com
*Counsel for Defendant Nationwide
Mutual Fire Insurance Company*

2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### CLARKSBURG DIVISION

**JOSEPH DONHAM,**

    **Plaintiff,**

**v.**                                **CIVIL ACTION NO. 1:25-cv-104**
                                        **Judge Kleeh**

**NATIONWIDE MUTUAL FIRE
INSURANCE COMPANY,**

    **Defendant.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of January, 2026, I electronically filed the foregoing document, *Agreed Stipulation of Dismissal with Prejudice,* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Denise D. Pentino, Esq.
Melanie M. Norris, Esq.
Jacob N. Holden, Esq.
Dinsmore & Shohl, LLP
2100 Market Street
Wheeling, WV  26003
304-230-1700
304-230-1610 (Facsmile)
Denise.pentino@dinsmore.com
Melanie.norris@dinsmore.com
Jacob.holden@dinsmore.com

                                    /s/ Andrew G. Meek
                                    Andrew G. Meek (W.Va. Bar No. 10649)