## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### CLARKSBURG

**JOSEPH DONHAM,**

     **Plaintiff,**

**v.**
                          **CIVIL ACTION NO. 1:25-CV-104**
                                       **(KLEEH)**

**NATIONWIDE MUTUAL FIRE INSURANCE**
**COMPANY,**

     **Defendant.**

### ORDER

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties have filed a stipulation of dismissal. Accordingly, this action is **DISMISSED WITH PREJUDICE** and **STRICKEN** from the Court's active docket.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: January 2, 2026

_Tom S Kleeh_
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA